U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

SEP - 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN CARLISLE** | * | **CRIMINAL NO. 07-783** |
| **VERSUS** | * | **JUDGE TRIMBLE** |
| **ALBERTO GONZALEZ, ET AL.** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 be **DENIED AND DISMISSED**.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 5th day of September, 2007.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE